LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## **REQUEST FOR SERVICE OF NOTICES**

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Leland K. Wilson |
| | Case Number | : | 09-24578 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing |
| | Loan Number | : | XXXX4687 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   Litton Loan Servicing
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                                                                    Very Truly Yours,

                                                                    /s/ John D. Schlotter

                                                                    John D. Schlotter, Esquire

cc: Rick Yarnall
     Anthony V. Sorrentino, Esq.

File Number FISLT-09-06833 /
Request for Service of Notice

<u>Trustee</u>

Rick Yarnall
701 Bridger Avenue
#820
Las Vegas, NV  89101

<u>Debtor's Attorney</u>

Anthony V. Sorrentino, Esq.
1118 East Carson Avenue
Las Vegas, NV  89101

File Number FISLT-09-06833 /
Request for Service of Notice

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE:770-643-2148
TELEFAX:866-761-0279
770-643-2148

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES
## AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Leland K. Wilson |
| | Case Number | : | 09-24578 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing |
| | Loan Number | : | XXXX4687 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

>Litton Loan Servicing
>c/o McCALLA RAYMER, LLC
>Bankruptcy Department
>1544 Old Alabama Road
>Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

`John D. Schlotter`

John D. Schlotter, Esquire

cc: Rick Yarnall
    Anthony V. Sorrentino, Esq.

File Number FISLT-09-06833 /
Request for Service of Notice

<u>Trustee</u>

Rick Yarnall
701 Bridger Avenue
#820
Las Vegas, NV  89101

<u>Debtor's Attorney</u>

Anthony V. Sorrentino, Esq.
1118 East Carson Avenue
Las Vegas, NV  89101

File Number FISLT-09-06833 /
Request for Service of Notice

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
770-643-2148

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

### REQUEST FOR SERVICE OF NOTICES
### AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Leland K. Wilson |
| | Case Number | : | 09-24578 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing |
| | Loan Number | : | XXXX4687 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

> Litton Loan Servicing
> c/o McCALLA RAYMER, LLC
> Bankruptcy Department
> 1544 Old Alabama Road
> Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

John D. Schlotter

John D. Schlotter, Esquire

cc: Rick Yarnall
    Anthony V. Sorrentino, Esq.

File Number FISLT-09-06833 /
Request for Service of Notice

<u>Trustee</u>

Rick Yarnall
701 Bridger Avenue
#820
Las Vegas, NV  89101

<u>Debtor's Attorney</u>

Anthony V. Sorrentino, Esq.
1118 East Carson Avenue
Las Vegas, NV  89101

File Number FISLT-09-06833 /
Request for Service of Notice

# FILE COPY
# FILE NUMBER  FISLT-09-06833

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
770-643-2148

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES
## AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Leland K. Wilson |
| | Case Number | : | 09-24578 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing |
| | Loan Number | : | XXXX4687 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Litton Loan Servicing
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

John D. Schlotter, Esquire

cc: Rick Yarnall
    Anthony V. Sorrentino, Esq.

File Number FISLT-09-06833 /
Request for Service of Notice